# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

July 17, 2007

BY HAND DELIVERY

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: **United States v. Frank Salcedo**
> **No. 07 Cr. 305 (JGK)**
> **Request for Bail Modification, on Consent**

Dear Judge Koeltl:

I am writing to respectfully request that the Court modify Mr. Salcedo's bail by (1) modifying the terms of his home confinement so that he can be permitted to seek and obtain employment, and (2) permitting him to leave his home from noon until 4:00 p.m. on Monday, July 23, 2007, so that he can celebrate his son's birthday.

I have spoken with AUSA Eugene Ingoglia, who consents to these modifications.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Eugene Ingoglia

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/17/07