

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

                                       **SPEEDY TRIAL ORDER**

FRANCISCO SANDOVAL and FRANK SALCEDO,
                                Defendant.
-------------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, February 8, 2008 at 10:30am**

before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **February 8, 2008** in calculating

the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and

because the ends of justice served by such a continuance outweigh the best interest of the public and

the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                      _____
                                          JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 15, 2008