UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

FRANK ALBERT SALCEDO,
                      Defendant.
-------------------------------------------------------------X

07 cr 305 (JGK)

**ORDER OF REMAND**

    For the reasons stated on the record on February 8, 2008, the defendant, Frank Albert Salcedo, is hereby ordered remanded to the custody of the Bureau of Prisons and the United States Marshal pending sentence.

**SO ORDERED.**

                                                _____
                                                JOHN G. KOELTL
                                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          February 8, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____